**DYKEMA GOSSETT LLP**
Vivian I. Kim (272185)
vkim@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:(213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
TARGET CORPORATE SERVICES, INC.
(also named separately as "Target Card Services")

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANO ROCHA,<br><br>  Plaintiff,<br><br>  v.<br><br>TARGET CARD SERVICES, TARGET CORPORATE SERVICES, INC., and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. 8:14-cv-284<br><br>**NOTICE OF REMOVAL**<br><br>[Superior Court of California, Orange County, Case No. 30-2014-00700243-CU-BT-CJC] |

NOTICE OF REMOVAL

To: Terry Nafisi, Clerk of Court, United States District Court for the Central District of California, Southern Division, 1053 Ronald Reagan Federal Building & U.S. Courthouse, 411 West Fourth Street, Santa Ana, CA 92701-4516.

Plaintiff Susano Rocha and her attorney Babak Hashemi, Law Offices of Babak Hashemi, Esq., Suite 150, 4667 MacArthur Boulevard, Newport Beach, CA 92660.

Defendant Target Corporate Services, Inc. (also named separately as "Target Card Services"), hereby gives notice of its removal of this action on the following grounds:

1. Plaintiff Susano Rocha commenced this civil action in the Superior Court of the State of California, County of Orange. A copy of the Summons (Jan. 22, 2014), Civil Case Cover Sheet (Jan. 21, 2014), Complaint for Damages and Injunctive Relief and Demand for Jury Trial (Jan. 21, 2014, filed Jan. 22, 2014), Notice of Case Assignment (Jan. 24, 2014), Notice of Hearing (Feb. 19, 2014), and Clerk's Certificate of Service by Mail (Feb. 19, 2014), being all the process, pleadings, and orders served upon the Defendants in this state-court action or filed in the state court, accompanies this notice as Exhibit 1.

2. The Complaint for Damages and Injunctive Relief and Demand for Jury Trial (Jan. 21, 2014, filed Jan. 22, 2014) was the initial pleading setting forth the purported claims for relief upon which the state-court action is based.

3. The case that the Complaint purportedly stated was and is removable.

4. Defendant Target Corporate Services, Inc., and "Target Card Services" (which is not an independent legal entity), being all the Defendants who have been properly joined and served, join in and consent to the removal of the state-court action.

5. Defendant Target Corporate Services, Inc. (also named separately as "Target Card Services"), received the Summons, the Civil Cover Sheet, and the

Complaint through service on January 28, 2014. It had not received the Summons, the Civil Cover Sheet, or the Complaint in any other manner before January 28, 2014.

6. Defendant Target Corporate Services, Inc. (also named separately as "Target Card Services"), is filing this notice within 30 days after receiving the Summons, the Civil Cover Sheet, and the Complaint.

7. This Court would have had original jurisdiction over the state-court action under 28 U.S.C. §§ 1331, 28 U.S.C. § 1337(a), and 15 U.S.C. § 1681p.

8. The state-court action is removable under 28 U.S.C. §§ 1441(a) & 1446.

9. The state-court action is not a nonremovable action under 28 U.S.C. § 1445.

10. Promptly after filing this notice, Defendant Target Corporate Services, Inc. (also named separately as "Target Card Services"), will give written notice to the adverse Party, and will file a copy with the Clerk of the state court.

Wherefore Defendant Target Corporate Services, Inc. (also named separately as "Target Card Services"), respectfully prays that the state court proceed no further, and that any further proceedings in this action occur in the United States District Court for the Central District of California.

Dated: February 27, 2014          DYKEMA GOSSETT LLP


By: /s/ Vivian I. Kim
Vivian I. Kim
Attorney for Defendant
Target Corporate Services, Inc. (also named separately as "Target Card Services")