1  Babak Hashemi (SBN: 263494)
   BHashemi@TheHashemiLawFirm.com
2  LAW OFFICES OF BABAK HASHEMI, ESQ.
   4667 MacArthur Blvd., Suite 150
3  Newport Beach, California 92660
   Tel: (949) 464-8529
4  Fax: (949) 259-4548

5  Attorneys for Plaintiff Susano Rocha

6

7                    UNITED STATES DISTRICT COURT

8
                CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
9

10 | SUSANO ROCHA,                    | CASE NO.: SACV14-284-DOC-(RNBx)
11 |
12 |          Plaintiff,              | **JOINT NOTICE OF SETTLEMENT**
   |   vs.
13 |
14 | TARGET CARD
   | SERVICES, TARGET
15 | CORPORATE SERVICES,
   | INC., and DOES 1-100,
16 | inclusive,
17 |
   |          Defendants.
18

19

20

21
        TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
22
   RECORD:
23

24      PLEASE TAKE NOTICE that Plaintiff and Defendant(s) have reached a
25
   settlement in the above-referenced case.  A written Settlement and Release,
26
   memorializing the terms of this settlement will be circulated between the parties
27

28
   _____
                         **JOINT NOTICE OF SETTLEMENT**
                                       1

for review and approval. Upon execution of this agreement by all parties, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

Dated: November 6, 2014          LAW OFFICES OF BABAK HASHEMI, ESQ.

                                          By:_____/S/_Babak Hashemi_____
                                                 Babak Hashemi., Esq.
                                                 Attorneys for Plaintiff

Dated: November 6, 2014          DYKEMA GOSSETT, LLP

                                          By:___/S/ Brian Melendez_____
                                                Brian Melendez
                                                Vivian Kim
                                                Attorneys for Defendant(s)